1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar #152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   Email:         sean.connolly@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE CALDWELL, | Case No. 12-cv-1892 EDL |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ~~GRANTING~~ REGARDING DEFENDANT'S ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive, | |
| | Trial Date: Not Set |
| Defendants. | |

The Court having considered the submissions, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's Administrative Motion For Order Granting Defendant's an extension of time in which to respond to plaintiff's complaint is granted.

Defendant shall file a response to plaintiff's complaint on or before ~~October 12, 2012~~ September 4, 2012.  The Case management conference shall be continued until ~~[December 11, 2012]~~ October 9, 2012.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Order Granting Defts Admin Mtn for Extension          1                    n:\lit\li2012\120314\00789230.doc
Caldwell v. CCSF; Case No. 12-cv-1892