```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Attorney
 3  SEAN F. CONNOLLY, State Bar #152235
    BRADLEY A. RUSSI, State Bar #256993
 4  Deputy City Attorneys
    Fox Plaza
 5  1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
 6  Telephone:     (415) 554-3863 [Connolly]
    Telephone:     (415) 554-3964 [Russi]
 7  Facsimile:     (415) 554-3837
    Email:         sean.connolly@sfgov.org
 8  Email:         brad.russi@sfgov.org

 9
    Attorneys for Defendants
10  CITY AND COUNTY OF SAN FRANCISCO, et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 12-cv-1892 EDL<br><br>**STIPULATION REGARDING SERVICE, RESPONSE TO COMPLAINT, AND MOTION HEARING DATE; [PROPOSED] ORDER**<br><br>Trial Date:          Not Set |

The parties, through undersigned counsel, stipulate and agree as follows:

1. Defendants Kitt Crenshaw, Arthur Gerrans, and James Crowley ("Defendants"), agree to accept service of process of the summons and complaint in this matter through service by mail on the City Attorney's Office.

2. The date of service for purposes of Defendants' response is September 25, 2012.

3. Defendants shall respond to the complaint no later than October 30, 2012.

4. Defendants anticipate filing a motion under Rule 12(b)(6).  The parties agree that the hearing on that motion will be December 4, 2012 at 9:00 a.m.  The parties further agree to continue the hearing on Defendant City and County of San Francisco's motion to dismiss (Dkt. 12) to December 4, 2012.

Dated:  September 25, 2012                DENNIS J. HERRERA
                                                                                City Attorney
                                                                                CHERYL ADAMS
                                                                                Chief Trial Attorney
                                                                                SEAN F. CONNOLLY
                                                                                BRADLEY A. RUSSI
                                                                                Deputy City Attorneys

                                                          By:  /s/ Sean F. Connolly
                                                              SEAN F. CONNOLLY
                                                              Attorneys for Defendant
                                                             CITY AND COUNTY OF SAN FRANCISCO

Dated:  September 25, 2012                PAIGE KANEB
                                                             NORTHERN CALIFORNIA INNOCENCE PROJECT

                                                          By:  s/Paige Kaneb*
                                                             PAIGE KANEB
                                                             Attorney for Plaintiff
                                                             MAURICE CALDWELL

\* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendants Kitt Crenshaw, Arthur Gerrans, and James Crowley shall respond to the Complaint on or before October 30, 2012.  The hearing on Defendant City and County of San Francisco's motion to dismiss (Dkt. 12) is continued to December 4, 2012.

Dated: September 26, 2012



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE