Brian E. Claypool, Esq., State Bar# 134674
**THE CLAYPOOL LAW FIRM**
1055 East Colorado Blvd., 5th Floor
Pasadena, CA 91106
(626) 240-4616 (telephone)
(626) 796-9951 (fax)

Linda Starr, #118789
Paige Kaneb, #251184
NORTHERN CALIFORNIA
INNOCENCE PROJECT
at Santa Clara University
900 Lafayette St. Suite 105
Santa Clara, CA 95053-0422
Telephone: (408) 554-1945
FACSIMILE: (409) 554-5440

Attorneys for Plaintiff
MAURICE CALDWELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive<br><br>  Defendants. | Case No.: 12-cv-1892 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER**<br><br>Trial Date: Not Set |

The parties, through their undersigned counsel, stipulate and agree as follows:

1. The parties have met and conferred and agree to continue the Case Management Conference to December 4, 2012, which is the date that the motions to dismiss will be heard.

1

2. The parties recently filed a stipulation to continue the hearing date on the motions to dismiss from October 16, 2012, to December 4, 2012. The parties agree that to promote judicial efficiency, the Case Management Conference should also be continued from October 16, 2012, to December 4, 2012.

Dated: October 9, 2012             PAIGE KANEB
                                   NORTHERN CALIFORNIA
                                   INNOCENCE PROJECT

                         By:   /s/ Paige Kaneb
                               _____
                               PAIGE KANEB
                               Attorney for Plaintiff
                               MAURICE CALDWELL

Dated: October 9, 2012             DENNIS J. HERRERA
                                   City Attorney
                                   CHERYL ADAMS
                                   Chief Trial Attorney
                                   SEAN F. CONNOLLY
                                   BRADLEY A. RUSSI
                                   Deputy City Attorneys

                         By:   /s/ Sean F. Connolly *
                               _____
                               SEAN F. CONNOLLY,
                               Attorneys for Defendants
                               CITY AND COUNTY OF SAN FRANCISCO;
                               SAN FRANCISCO POLICE DEPARTMENT;
                               KITT CRENSHAW; ARTHUR GERRANS;
                               and JAMES CROWLEY

* Pursuant to General Order 45, § X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

2

**[PROPOSED] ORDER**

BASED UPON STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference be continued from October 16, 2012, to December 4, 2012.

DATED: October 12, 2012



_____
HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT