DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
Email:            sean.connolly@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KITT CRENSHAW, ARTHUR GERRANS
AND JAMES CROWLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 12-cv-1892 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM APRIL 4, 2013 TO APRIL 2~~5~~, 2013; AND [~~PROPOSED~~] ORDER**    24<br>AS MODIFIED<br><br>Trial Date:            Not Set |

On February 26, 2013, the Court continued the case management conference, then set for March 12, 2013, until April 4, 2013, 10:00 AM.  Due to a scheduling conflict, in which defense counsel will be out of the state, the City and County of San Francisco requests a continuance of the present case management conference to April 25, 2013, or some other date convenient to the Court and parties.

1  Counsel for the City defendants has met and conferred with plaintiff's counsel regarding the
2  proposed new date.  The parties have stipulated thereto.

4  Dated:  March 21, 2013                    DENNIS J. HERRERA
                                             City Attorney
5                                            CHERYL ADAMS
                                             Chief Trial Attorney
6                                            SEAN F. CONNOLLY
                                             Deputy City Attorney
7
8                                       By:  /s/ Sean F. Connolly
                                             SEAN F. CONNOLLY
9                                            Attorneys for Defendants
                                             CITY AND COUNTY OF SAN FRANCISCO, et al.

11 Dated:  March 21, 2013                    BRIAN E. CLAYPOOL
                                             LAW OFFICES OF BRIAN E. CLAYPOOL
12
13                                      By:  /s/Brian E. Claypool
                                             BRIAN E. CLAYPOOL
14                                           Attorney for Plaintiff
                                             MAURICE CALDWELL

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case management conference presently set for April 4, 2013 at 10:00 AM, be continued until April ~~25~~ 24, 2013 at 10:00 AM. The joint case management conference statement shall be due no later than April 16, 2013.

Dated: March 21, 2013

HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT