DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3863 [Connolly]
Telephone:    (415) 554-3964 [Russi]
Facsimile:     (415) 554-3837
Email:          sean.connolly@sfgov.org
Email:          brad.russi@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KITT CRENSHAW, ARTHUR GERRANS
AND JAMES CROWLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>  Plaintiff,<br><br> vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 12-cv-1892 EDL<br><br>**ADMINISTRATIVE MOTION TO CONTINUE DATE OF FURTHER CASE MANAGEMENT CONFERENCE FROM MAY 20, 2014 TO JUNE 13, 2014; STIPULATION OF THE PARTIES; AND [PROPOSED] ORDER** AS MODIFIED<br><br>Trial Date:          April 2015 |

The undersigned parties, through counsel, STIPULATE, AGREE, and jointly request to continue the further case management conference, presently set for May 20, 2014, until June 13, 2014.

////

////

////

////

1  Defense counsel is scheduled to be out of town on the date presently set for conference.

2  The parties, having met and conferred, stipulate and respectfully request an order from the
3  Court consistent with this stipulation:

4  1. Continue the further case management conference, presently set for May 20, 2014, to
5  June 13, 2014.

6  2. File an updated case management conference statement one week before the Further
7  Case Management Conference.

8  **IT IS SO STIPULATED.**

10  Dated: May 14, 2014                         DENNIS J. HERRERA
                                                City Attorney
11                                              CHERYL ADAMS
                                                Chief Trial Attorney
12                                              SEAN F. CONNOLLY
                                                Deputy City Attorney
13

14                                    By: */s/ Sean F. Connolly*
                                                SEAN F. CONNOLLY
15                                              Attorneys for Defendants
                                                CITY AND COUNTY OF SAN FRANCISCO, et al.
16

17  Dated: May 14, 2014                         BRIAN E. CLAYPOOL
                                                LAW OFFICES OF BRIAN E. CLAYPOOL
18

19                                    By: */s/ Brian E. Claypool*
                                                BRIAN E. CLAYPOOL
20                                              Attorney for Plaintiff
                                                MAURICE CALDWELL

**[PROPOSED] ORDER AS MODIFIED**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the case management conference presently set for May 23, 2014 at 10:00 a.m., be continued until June 17, 2014 at 10:00 a.m.  An updated joint case management statement is due June 10, 2014.

Dated: May 15, 2014

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT