```
BRIAN E. CLAYPOOL, (SBN 134674)
THE CLAYPOOL LAW FIRM
1055 E. Colorado Blvd., 5th Floor
Pasadena, California 91106
becesq@aol.com
Telephone:  (626) 240-4616
Facsimile:   (626) 240-4617

GUSTAFSON & GOOSTREY, LLP
JAMES D. GUSTAFSON (SBN 125772)
STEPHEN R. GOOSTREY (SBN 112981)
216 N. Glendora Avenue, Ste. 200
Glendora, California 91741
jgustafson@gglawla.com
Telephone:  (626) 610-4336
Facsimile:  (62) 610-4337
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO; et. al.<br>Defendants. | Case No. CV-12-01892 EDL<br>[Assigned to Hon. Elizabeth Laporte]<br><br>[~~PROPOSED~~] ORDER RE: REQUEST TO WITHDRAW AS CO-COUNSEL BY THE CLAYPOOL LAW FIRM AND GUSTAFSON & GOOSTREY |

[~~PROPOSED~~] ORDER RE: REQUEST TO WITHDRAW AS CO-COUNSEL

## ORDER

GOOD CAUSE APPEARING THEREFORE,

The Court grants the withdraw of co-counsel Brian E. Claypool of the Claypool Law Firm and James D. Gustafson and Stephen R. Goostrey of Gustafson and Goostrey.

DATED: June  4 , 2014

_____
Hon. Elizabeth Laporte