United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 12-cv-01892-EDL<br><br>**ORDER**<br><br>Re: Dkt. Nos. 84, 87 |

On November 11, 2014, Plaintiff filed a motion for a protective order regarding the deposition of Captain Diarmuid Philpott. On November 26, 2014, Defendants filed a motion to bifurcate discovery and trial and to stay <u>Monell</u> discovery. After considering the arguments raised by the Parties and for the reasons stated at the January 1, 2015, hearing, both motions are denied.

**IT IS SO ORDERED**.

Dated: January 7, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge