United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE CALDWELL, | |
|---|---|
| Plaintiff, | Case No.  12-cv-01892-EDL |
| v. | **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| CITY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This matter is hereby referred to Magistrate Judge Sallie Kim for a settlement conference to occur in either December 2015 or January 2016.  The parties will be advised of the date, time and place of the settlement conference by notice from the magistrate judge.

**IT IS SO ORDERED.**

Dated: November 18, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge