1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MAURICE CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.  12-cv-01892-EDL<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 331, 332 |
|---|---|

As stated at the December 15, 2015 further case management conference, the Court modifies the pretrial schedule as follows:

| Initial Expert Disclosures: | January 22, 2016 |
| Rebuttal Expert Disclosures: | February 12, 2016 |
| Further Case Management Conference: | February 16, 2016 at 10:00 a.m. |
| Expert Discovery Cut-Off: | March 18, 2016 |
| Pre-Trial Conference: | May 17, 2016 at 4:00 p.m. |

The Parties shall file an updated joint case management conference statement by February 9, 2016. If the Court does not set a summary judgment hearing, the Parties' joint case management conference statement shall include a proposed briefing schedule for a prompt motion regarding whether Plaintiff's guilt or innocence of the 1990 murder of Judy Acosta is at issue.  Otherwise, the Parties shall file a joint proposed briefing schedule on this issue at least four days prior to the summary judgment hearing.  The Parties are also ordered to meet and confer on the trial date in consultation with the Court's courtroom deputy.

Additionally, the Court GRANTS Defendants' request for leave to file a thirty-six page

reply brief in support of their motion for summary judgment.  If necessary, Plaintiff may file a supplemental responding brief of no more than ten pages by December 23, 2015.

Finally, the Court sets a December 16, 2015 deadline for Defendants to file a declaration pursuant to Local Civil Rule 79-5(e) establishing that the exhibits referenced in Plaintiff's administrative motion to file under seal (Dkt. 324) are sealable.

**IT IS SO ORDERED.**

Dated: December 15, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge