TERRY GROSS, ESQ. (SBN 103878)
MONIQUE ALONSO, ESQ. (SBN 127078)
GROSS BELSKLY ALONSO LLP
1 Sansome Street, Suite 3670
San Francisco, CA  94104
Telephone:	415-544-0200
Facsimile:	415-544-0201
Email:	terry@gba-law.com
	monique@gba-law.com

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
DIANA ROSENSTEIN, State Bar #198740
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:	(415) 554-3863 [Connolly]
Telephone:	(415) 554-4283 [Oldfather]
Telephone:	(415) 554-3933 [Rosenstein]
Facsimile:	(415) 554-3837
Email:	sean.connolly@sfgov.org
Email:	newton.oldfather@sfgov.org
Email:	diana.rosenstein@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 12-cv-1892 EDL<br><br>**JOINT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Hearing Date:    February 16, 2016<br>Time:                   10:00 a.m.<br><br>Complaint Filed:  April 16, 2012<br>Trial Date:            TBD |

Joint Further CMC Statement
Caldwell v. CCSF; Case No. 12-cv-1892

1

1  The parties participated in a Court ordered settlement conference before Magistrate Judge
2  Sallie M. Kim on February 9, 2016. The case did not settle. Magistrate Judge Kim ordered a further
3  settlement conference to be held on April 19, 2016.

4  The parties are meeting and conferring regarding a stipulation to extend expert discovery
5  deadlines, and anticipate filing a stipulation by the end of the week.

6  The parties request that the CMC currently scheduled for February 16, 2016, be continued until
7  March 15, 2016.

9  DATED: February 10, 2016   **GROSS BELSKY AND ALONSO**

10  By:   */s/ Terry Gross*
11  Terry Gross
   Attorney for Plaintiff MAURICE CALDWELL

13  Dated:  February 10, 2016   DENNIS J. HERRERA
   City Attorney
14  CHERYL ADAMS
   Chief Trial Attorney
15  SEAN F. CONNOLLY
16  NEWTON OLDFATHER
   Deputy City Attorneys

18  By:   */s/ Sean F. Connolly*
19  Sean F. Connolly
   Attorney for Defendants
20  CITY AND COUNTY OF SAN FRANCISCO,
   ET AL.

IT IS SO ORDERED

Judge Elizabeth D. Laporte
Date: February 11, 2016