DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar #152235
DIANA ROSENSTEIN, State Bar #198740
NEWTON OLDFATHER, State Bar #281227
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863 [Connolly]
Telephone:     (415) 554-4283 [Oldfather]
Telephone:     (415) 554-3933 [Rosenstein]
Facsimile:     (415) 554-3837
Email:         sean.connolly@sfgov.org
Email:         newton.oldfather@sfgov.org
Email:         diana.rosenstein@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
KITT CRENSHAW, ARTHUR GERRANS
AND JAMES CROWLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE CALDWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; KITT CRENSHAW; ARTHUR GERRANS; JAMES CROWLEY; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 12-cv-1892 EDL<br><br>**ADMINISTRATIVE MOTION TO CONTINUE DATE OF DEFENDANTS MOTION FOR ATTORNEYS FEES FROM APRIL 26, 2016 TO MAY 3, 2016; STIPULATION OF THE PARTIES; AND [PROPOSED] ORDER**<br><br>Trial Date: |

The undersigned parties, through counsel, STIPULATE, AGREE, and jointly request to continue Defendants' Motion for Attorneys Fees presently set for April 26, 2016, until May 3, 2016.

////

////

1  Defense counsel is unexpectedly required to be out of town on a personal family matter on the
2  date presently set for hearing.
3  Defendants met and conferred with plaintiff regarding the conflict and request to move the
4  hearing date. Plaintiff poses no objection. The parties now stipulate and respectfully request an order
5  from the Court consistent with this stipulation:
6  Continue Defendants Motion for Attorneys Fees Hearing, presently set for April 26, 2016 to
7  May 3, 2016.

**IT IS SO STIPULATED.**

Dated:  April 12, 2016

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
SEAN F. CONNOLLY
Deputy City Attorney

By: */s/ Sean F. Connolly*
SEAN F. CONNOLLY
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

Dated:  April 12, 2016

GROSS BELSKY ALONSO LLP

By: */s/ Terry Gross*
TERRY GROSS

Attorneys for Plaintiff
MAURICE CALDWELL

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Defendants Motion for Attorneys Fees hearing presently set for April 26, 2016 at 9:00 a.m., be continued until May 3, 2016 at 2:00 p.m.

Dated: April 13, 2016

*Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT