# EXHIBIT J

PLAINTIFF'S MOTION FOR SANCTIONS AGAINST CCSF AND ITS ATTORNEY DENNIS HERRERA

# EXHIBIT J

# VIDEO - INTERVIEW OF HENRY MARTIN

# LODGED WITH COURT